# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2870
_____

JORDAN BLAND,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

June 24, 2019


PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.


_____


*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender; Steven L. Seliger, Joel Arnold, and Aimee Lim, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.